IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH BATOR,<br>      Plaintiff<br><br>   v.<br><br>MESSENGER HOSPITALITY, LLC<br>d/b/a MICROTEL INN &<br>SUITES BY KEYSER,<br>      Defendant | :   No. 3:19cv1959<br>:<br>:   (Judge Munley)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, to wit, this 26th day of April 2024, it is **ORDERED** as follows:

1) The court's order of December 12, 2024 (Doc. 46) denying defendant's motion for summary judgment is **VACATED**.

2) Defendant is directed to forward to the court on a thumb drive, or some other physical media, the video it refers to as Exhibit 3 so that it can be placed in the Clerk of Court's file.

3) The Defendant's supplemental motion for reconsideration (Doc. 62) is **GRANTED**.

4) Upon reconsideration, the defendant's motion for summary judgment (Doc. 38) is **GRANTED**.

5) Summary judgment is hereby entered in favor of the Defendant Messenger Hospitality, LLC d/b/a Microtel Inn & Suites by Keyser and against the Plaintiff Elizabeth Bator.

6) The Clerk Court of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court